```
                                                                    F I L E D
         UNITED STATES DISTRICT COURT FOR THE    ASHEVILLE, N. C.
              WESTERN DISTRICT OF NORTH CAROLINA
                       ASHEVILLE DIVISION              OCT  4 2005
```

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:05cr254 |
| vs. | **BILL OF INDICTMENT** |
| CHRISTOPHER BRIAN KIRKLAND, Defendant. | Violation: 18 U.S.C. § 922(g) |

U.S. DISTRICT COURT
W. DIST. OF N. C.

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 10, 2005, in Cleveland County, within the Western District of North Carolina, and elsewhere,

CHRISTOPHER BRIAN KIRKLAND,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a firearm by a felon in Cleveland County North Carolina Superior Court on December 4th 2000, did knowingly possess a firearm in and affecting interstate commerce, that is: a Liberty Arm .22 caliber pistol, model 21 serial number 029279, in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL:**

GF

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

_____
COREY F. ELLIS
ASSISTANT UNITED STATES ATTORNEY