AO 442 (Rev. 12/85) Warrant for Arrest
==============================================================================

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA
_____

UNITED STATES OF AMERICA  
         v.

**WARRANT FOR ARREST**

CASE NUMBER: 1:05CR254

CHRISTOPHER BRIAN KIRKLAND

To: The United States Marshal  
    and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest   <u>CHRISTOPHER BRIAN KIRKLAND</u>

                                                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with   brief description of offense   **possession of a firearm by a convicted felon.**

in violation of Title <u>  18  </u> United States Code, Section(s) <u>  922(g)(1)  </u>

<u>FRANK G. JOHNS</u>                                  <u>U.S. CLERK</u>  
Name of Issuing Officer                             Title of Issuing Officer

<u>/s/ Sharon Wilson</u>                           <u>10-11-05 — ASHEVILLE, NC</u>  
Signature of Issuing Officer                       Date and Location

Bail fixed at $ <u>  DETAIN  </u> by <u>                                </u>  
                                                                       Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____. |||
| DATE RECEIVED<br><br>DATE OF ARREST | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __CHRISTOPHER BRIAN KIRKLAND__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __3/13/81__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: __Male__   RACE: __Black__

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __ATF/Yvonne Becker (704)716-1918__