# FILED

**United States District Court**
Northern District of Georgia
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

**RECEIVED**
ASHEVILLE, N.C.

MAR 17 2006

Clerk, U. S. Dist. Court
W. Dist of N. C.

Luther D. Thomas
Clerk of Court

(404) 215-1398

March 7, 2006

Clerk's Office:

Rule 40 proceedings were held in this district on March 7, 2006 regarding Christopher Brian Kirkland, N.D. GA Case Number 1:06-MJ- 302 (your case number 1:05CR254. Enclosed are our documents of said proceedings.

If you have any questions, please call me at (404) 215-1398.

Sincerely,

Lisa Enix
Deputy Clerk

Enclosure

MAGISTRATE'S CRIMINAL MINUTES          FILED IN OPEN COURT

REMOVALS (RULE 40)                     DATE: 3/7/06 2:12 pm
                                       TAPE: AJB 06-13 at 6601
                                       TIME: ____ Hrs. 9 Mins.


MAGISTRATE ALAN J. BAVERMAN, PRESIDING    LISA ENIX       DEPUTY CLERK
CASE NUMBER  1:06-MJ-302          DEFENDANT'S NAME  Christopher Kirkland
AUSA  Candie Howard               DEFENDANT'S ATTY  Nicole Kaplan
USPO  Lorna Murphy                Type Counsel: FDP

_____ Interpreter _____ Sworn
✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____
_____

✓ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
_____ Removal hearing set/reset/cont to _____ @ _____.
_____ Removal hearing HELD.
_____ Order finding Probable Cause. Defendant held to District Court for removal to
       other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant
       held to be removed to other district.
✓ Order defendant removed to other district. Commitment issued  3/7/06.
_____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for DETENTION filed. ( ) Verbal Motion.
_____ Bond/Pretrial DETENTION hearing held.
✓ Defendant WAIVES detention hearing in this district. Request hearing in charging
   district.
_____ Pretrial detention hearing set for _____. (__ In charging district)
_____ (__VERBAL) Motion to reduce bond GRANTED.
_____ (__VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED. (Written order to follow _____).
_____ BOND SET at $_____.
       _____ NON-SURETY
       _____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only
       _____ Combination: _____
_____ SPECIAL CONDITIONS: _____
_____
_____

_____ BOND FILED. Defendant RELEASED.
_____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 7 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER BRIAN KIRKLAND,

Defendant.

CASE NO. 1:06-MJ-302

### ORDER APPOINTING COUNSEL

NICOLE KAPLAN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 7th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

**ORIGINAL**

UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 7 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

NORTHERN _____ DISTRICT OF _____ GEORGIA

UNITED STATES OF AMERICA

V.

CHRISTOPHER BRIAN KIRKLAND

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE     1:06-MJ-302

I, **CHRISTOPHER BRIAN KIRKLAND**, understand that in the __Western__ District of __North Carolina__, charges are pending alleging violation of __18:922(g) (1) Possession of a firearm by a convicted felon__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(✓) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_3/7/06_
Date

_Christopher Kirkland_
Defendant

_Nicole M._
Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
CHRISTOPHER BRIAN KIRKLAND

COMMITMENT TO ANOTHER DISTRICT

MAR 07 2006
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | WDNC | 1:06-MJ-302 | 1:05CR254 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
X Indictment   Information   Complaint   Other (specify)

charging a violation of   18   U.S.C. § 922 (g) (1)

DISTRICT OF OFFENSE
WESTERN DISTRICT OF NORTH CAROLINA

DESCRIPTION OF CHARGES:

POSSESSION OF A FIREARM BY A CONVICTED FELON

ATTEST: A TRUE COPY
CERTIFIED THIS
MAR 07 2006
Luther D. Thomas, Clerk
By: _____ Deputy Clerk

CURRENT BOND STATUS:

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None
Interpreter Required?   No   Yes   Language

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named witness and to transport that witness with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the witness to the United States Marshal for that District or to some other officer authorized to receive the witness.

March 7, 2006
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |